## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IHOP RESTAURANTS, LLC,** | |
| **Plaintiff,** | |
| **v.** | **Case Number: 1:15-cv-02600-SCJ** |
| **LEN-W FOODS, INC.,** | |
| **Defendant.** | |

### DECLARATION OF ANDREW FLAKE

I, Andrew B. Flake, hereby declare and certify as follows:

1.      I am over 18 years of age and am competent to testify to the matters set forth herein.

2.      I am a partner and member of the Litigation Practice Group at the law firm of Arnall Golden Gregory LLP ("AGG"), counsel of record to Plaintiff IHOP Restaurants, LLC. ("IHOP") in the above-styled action at AGG. I received a Bachelor of Arts from Vanderbilt University in 1996, a Juris Doctor and a Master of Laws from Duke University School of Law in 1999 and have been a member of the State Bar of Georgia since 1999. My practice focuses on complex business litigation, including franchise, intellectual property and competition-related disputes.

3.     AGG has represented IHOP in the current dispute beginning with the action initiated by Defendant Len-W Foods and Leonardo Wilson (collectively, "Len-W"). AGG has provided services at each and every stage of the litigation to date, including: investigation of the facts underlying Len-W's claims; evaluation of IHOP's claims; preparation of the Notice of Removal, Motion to Dismiss and Strike, and Motion for Preliminary Injunction; preparation for and representation at the preliminary injunction hearing; attempts to enforce the injunction issued by the Court; and communications with counsel for Defendant.

4.     AGG's services were provided by me and by associate attorney Eric Olson, a member of our Litigation Practice Group with five years of experience. Mr. Olson received a Bachelor of Arts from Gustavus Adolphus College in 2007 and a Juris Doctor from the Georgetown University Law Center in 2010. Mr. Olson has been a member of the Virginia State Bar since 2010 and the District of Columbia Bar since 2011.

5.     AGG's services have also been provided by senior paralegal Angela Chambliss. Ms. Chambliss has worked in the legal field for more than a decade. Lora Ramsey, litigation support manager, provided technical and application

2944487v1

support for this action, and support services were also provided by Toussant

Jackson, Court Paralegal, and filing clerk Patrick Maher.

6.    AGG has billed IHOP for legal services on an hourly basis. The

billing rates for the attorneys and paralegals who have provided services to

IHOP are listed below for 2015:

| Attorneys / Paralegals | 2015 Rate |
|---|---|
| Andrew Flake | $465 / hour |
| Eric Olson | $260 / hour |
| Angela Chambliss | $215 / hour |
| Lora Ramsey | $205 / hour |
| Patrick Maher | $125 / hour |
| Toussant Jackson | $65 / hour |

7.    AGG has provided IHOP with monthly invoices showing the tasks

performed and costs and fees incurred in this matter. True and correct copies of

those invoices are attached hereto as Exhibit A. Where applicable, certain

portions of the billing descriptions in the invoices have been redacted to protect

work product and/or attorney-client privilege (and in one case, an unrelated

expense item of $15.64 was removed and the corresponding invoice total updated).

8.      I have personal knowledge relating to AGG's timekeeping and billing records including as they relate to this action. In my professional opinion, these attorney's fees and costs are fair, reasonable and customary for the services rendered.

9.      I also am familiar with and generally aware of the rates charged by law firms and lawyers practicing in the Atlanta area. The rates charged by AGG are comparable to those charged by comparable law firms in the Atlanta area.

10.     The total amount of attorney's fees for which IHOP seeks reimbursement, and which are included in the attached invoices, is $68,787.45.

11.     The total amount of costs for which AGG seeks reimbursement is $225.07, based upon expense items reflected in the attached invoices. These cost items represent expenses actually occurred in the furtherance of AGG's representation of IHOP in this matter.

12.     In addition to time reflected in the invoices for which it seeks reimbursement, IHOP will have incurred at least an additional $3,000 in preparation of its Motion for attorney's fees and associated filings. Therefore, the total amount of attorney's fees and expenses IHOP seeks associated with its effort

-4-

to enforce the Franchise Agreement is $72,012.52. These fees and costs relate to IHOP's efforts to ensure compliance with its Franchise Agreement and to obtain and implement the relief provided for in the order granting IHOP's motion for preliminary injunction. In my opinion, the total is reasonable, considering *inter alia* the importance to IHOP of the relief sought, the duration and complexity of the litigation; the preparation of complex substantive and procedural filings, including the Notice of Removal, IHOP's the Motion to Dismiss and Strike, and the Motion for Preliminary Injunction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: This 23rd day of February, 2016.

Andrew B. Flake

# EXHIBIT A

**Arnall Golden Gregory** LLP

IHOP Restaurants, LLC

September 18, 2015
Invoice #660690

*REDACTED*

*REDACTED*

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 07/17/15 | E. Olson | 0.80 | $208.00 | Conference call with A. Flake regarding new matter; review documents from client |
| 07/17/15 | T. Jackson | 0.50 | $32.50 | Traveled to Fulton Superior to obtain copies in case |
| 07/17/15 | A. Flake | 2.90 | $1,348.50 | Analysis of documents and other client information |
| 07/17/15 | L. Ramsey | 0.30 | $61.50 | Prepare casemap database for team review |
| 07/18/15 | E. Olson | 2.10 | $546.00 | As directed by A. Flake research *REDACTED* *REDACTED* |
| 07/19/15 | E. Olson | 3.90 | $1,014.00 | Research *REDACTED* draft notice of removal, state notice of removal, and notice to plaintiffs of notice of removal |
| 07/20/15 | E. Olson | 2.40 | $624.00 | Revise affidavit; edit and review Notice of Filing Notice of Removal and Notice of Removal; review exhibits and reports from client; prepare exhibits [2.0 hrs -no charge] |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
Invoice #660690
Sean C. Kulka
Page 2

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 07/20/15 | A. Flake | 7.60 | $3,534.00 | Analysis of underlying reports, audits, and Inspections; review fax as set forth in model declarations; revisions to notices of removal and review of legal authority in connection with same; finalize declaration of Charles Scaccia; brief communications with client concerning litigation strategy; analysis of timing in connection with arbitration motion; review of authority in connection with preliminary injunction motion and begin structuring preliminary injunction memorandum of law; analysis of franchise agreement and party communications in connection with franchise termination |
| 07/21/15 | E. Olson | 3.90 | $1,014.00 | Revise exhibits; finalize Notice of Removal; conference call with A. Flake and A. Chambliss; revise civil cover sheet; begin preparing Motion to Sever and Motion to Compel Arbitration |
| 07/21/15 | A. Flake | 2.10 | $976.50 | Finalize removal papers; communications regarding litigation strategy |
| 07/21/15 | P. Maher | 1.70 | $212.50 | Prepare documents for court filing |
| 07/21/15 | A. Chambliss | 0.60 | $129.00 | Start gathering reports for OAR binder. |
| 07/21/15 | A. Chambliss | 3.10 | $666.50 | Review, revise Notice of Removal, prepare exhibits for filing with same, prepare service copies for mailing. |
| 07/22/15 | E. Olson | 2.10 | $546.00 | Draft Motion to Sever; Revise motion to sever, call with A. Flake regarding strategy |
| 07/22/15 | A. Flake | 4.00 | $1,860.00 | Drafting preliminary injunction papers, including declaration revisions; prepare first draft of Motion to Sever and to dismiss based on arbitration clause; dead correspondence to opposing counsel |
| 07/22/15 | A. Chambliss | 1.30 | $279.50 | Finalize Notice of Removal papers for filing with the Superior Court of Fulton County, prepare service copies for mailing. |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
**Invoice #660690**
**Sean C. Kulka**
**Page 3**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 07/22/15 | A. Chambliss | 1.30 | $279.50 | Continue organizing OAR reports for binder. |
| 07/22/15 | L. Ramsey | 0.30 | $61.50 | Prepare workshare site for team use |
| 07/23/15 | A. Flake | 3.80 | $1,767.00 | Drafting preliminary injunction papers, including declaration revisions; prepare first draft of Motion to Sever and to Dismiss based on arbitration clause; dead correspondence to opposing counsel |
| 07/23/15 | E. Olson | 2.30 | $598.00 | Prepare Answer and Counterclaim; revise motion to strike and to dismiss |
| 07/23/15 | A. Chambliss | 1.30 | $279.50 | Draft Amended Certificate of Service, e-file same, e-file Certificate of Interested Persons, prepare service copies for mailing. |
| 07/24/15 | E. Olson | 1.40 | $364.00 | Revise affidavits; review |
| 07/24/15 | A. Flake | 4.20 | $1,953.00 | Continue preparation of declarations; brief communications with client regarding same; assess next steps in litigation strategy |
| 07/24/15 | P. Maher | 1.90 | $237.50 | Collect documents and prepare notebook for attorney review |
| 07/24/15 | A. Chambliss | 2.30 | $494.50 | Complete OAR binder. |
| 07/27/15 | E. Olson | 5.40 | $1,404.00 | Finalize Motions to Sever and Dismiss/Compel arbitration; prepare answer and counterclaim; research REDACTED review documents from client [3.0 hrs - no charge] |
| 07/27/15 | A. Flake | 2.80 | $1,302.00 | Finalize declarations of Towery, Cheung, Buckley, and Guerra; document analysis and communications regarding same |
| 07/28/15 | A. Flake | 3.10 | $1,441.50 | Revisions to preliminary injunction brief |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
Invoice #660690
Sean C. Kulka
Page 4

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 07/28/15 | E. Olson | 1.60 | $416.00 | Review affidavits from J. Towery, L. Cheong, C. Guerra, and T. Shoplik; edit and cite check Memorandum in support of motion for Preliminary Injunction |
| 07/28/15 | A. Chambliss | 3.60 | $774.00 | Review, revise, gather and prepare exhibits for e-filing Answer & Counterclaim and Motion for Preliminary Injunction. |
| 07/29/15 | E. Olson | 3.90 | $1,014.00 | Edit and revise memorandum in support of motion for preliminary injunction, answer and counterclaims, motion for preliminary injunction, motion to sever, and memorandum in support of motion to sever; conference with A. Flake and A. Chambliss [1.0 hrs no charge] |
| 07/29/15 | A. Flake | 4.70 | $2,185.50 | Revisions to motion to sever; revisions to motion to dismiss; develop argument in connection with same |
| 07/30/15 | E. Olson | 3.10 | $806.00 | Review and Finalize Motion for Preliminary Injunction and Answer and Counterclaims; prepare exhibits [2.0 hrs - no charge] |
| 07/30/15 | A. Chambliss | 4.10 | $881.50 | Multiple phone calls and emails to and from Andrew Flake and Eric Olson regarding Answer and Motion for Preliminary Injunction, review and revise Answer and Motion for Preliminary Injunction, organize exhibits, prepare same for e-filing, e-file Answer and Motion for Preliminary Injunction, prepare same service copies for mailing. |
| 07/30/15 | A. Flake | 8.80 | $4,092.00 | Revisions to answer and counterclaims; revisions to preliminary injunction brief and research in connection with same; analysis of case law to supplement preliminary injunction brief; update relief requested in preliminary injunction motion; update client regarding matter status; finalize preparations for filing |
| 07/31/15 | A. Flake | 0.70 | $325.50 | Correspond with opposing counsel; planning for next steps |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
Invoice #660690
Sean C. Kulka
Page 5

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 07/31/15 | A. Chambliss | 0.40 | $86.00 | Update electronic pleadings index. |
| 08/03/15 | A. Flake | 0.10 | $46.50 | Communications with client concerning matter status |
| 08/04/15 | A. Flake | 1.00 | $465.00 | Brief call with Christine Son concerning REDACTED ; conduct Rule 26(f) conference and follow up regarding same |
| 08/06/15 | A. Chambliss | 0.10 | $21.50 | Review email from process server and forward same to attorneys. |
| 08/06/15 | E. Olson | 0.40 | $104.00 | Prepare proposed consent order regarding severance of claims against KDI Atlanta Mall, LLC |
| 08/07/15 | A. Flake | 0.60 | $279.00 | Advise on next steps in Len-W matter |
| 08/11/15 | E. Olson | 0.30 | $78.00 | Retrieve Judge Jones' pretrial instructions and review |
| 08/12/15 | A. Chambliss | 0.20 | $43.00 | Update electronic pleadings index to include KDI Answer and Counterclaim and Certificate of Interested Persons. |
| 08/12/15 | E. Olson | 1.30 | $338.00 | Prepare draft of Rule 26(f) report |
| 08/17/15 | A. Flake | 0.40 | $186.00 | Advise on next steps in Len-W matter; communication regarding same |
| 08/17/15 | A. Chambliss | 0.10 | $21.50 | Review of Certificate of Interested Persons, multiple emails to and from Drew Stevens regarding same. |
| 08/18/15 | A. Flake | 1.30 | $604.50 | Prepare 26(f) planning report; communications with opposing counsel regarding same; brief update to client |
| 08/18/15 | A. Chambliss | 0.10 | $21.50 | Docket critical case deadlines. |
| 08/19/15 | A. Flake | 0.50 | $232.50 | Communications with opposing counsel; follow up on 26(f) report |
| 08/20/15 | A. Flake | 1.20 | $558.00 | Finalize and file rule 26(f) report; brief update to client |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
Invoice #660690
Sean C. Kulka
Page 6

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 08/20/15 | E. Olson | 0.20 | $52.00 | Review File Copy of Rule 26 (f) report |
| 08/24/15 | A. Flake | 1.20 | $558.00 | Prepare and revise proposed order concerning severance and arbitration |
| 08/24/15 | E. Olson | 1.50 | $390.00 | Revise consent order regarding severance; draft consent motion for expedited hearing; draft consent motion regarding expedited hearing |
| 08/25/15 | A. Flake | 0.90 | $418.50 | Revise and prepare proposed orders |
| 08/25/15 | E. Olson | 0.50 | $130.00 | Review order to show cause; review filings and documents for jurisdictional information; correspondence with A. Flake |
| 08/26/15 | A. Flake | 4.30 | $1,999.50 | Analysis of case law and preparation for hearing; follow-up regarding scheduling |
| 08/27/15 | A. Flake | 0.20 | $93.00 | Communications with client concerning matter status |
| 08/28/15 | A. Flake | 1.70 | $790.50 | Develop supplemental filing concerning jurisdiction; communications with opposing counsel; brief update regarding matter status |
| 08/31/15 | A. Flake | 1.00 | $465.00 | Continue hearing preparation, including review of authority and exhibit analysis |

| | | |
|---|---|---|
| **Total Hours** | | **119.40** |
| **Subtotal** | | **$41,710.50** |
| **Less 0.0 % Discount** | | **-4,171.05** |
| **Total For Services** | | **$37,539.45** |

**EXPENSES**

| | |
|---|---|
| LEXIS legal research for July 2015 | $134.47 |
| VENDOR: Petty Cash/ c/o Toussant Jackson; INVOICE#: PETTYCASH-8/10/15; DATE: 8/11/2015. Superior Court of Fulton County | $5.45 |
| Duplicating Expenses | $49.10 |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

September 18, 2015
Invoice #660690
Sean C. Kulka
Page 7

---

**EXPENSES**

|                       |       |       |       | Total Expenses | **$189.02** |
|-----------------------|-------|-------|-------|----------------|-------------|

|                          | **Fees**     | **Disbursements** | **Total**   |
|--------------------------|--------------|-------------------|-------------|
| CURRENT CHARGES:         | $37,539.45   | $189.02           | $37,728.47  |
| **Total Balance Due:**   | **$37,539.45** | **$189.02**     | **$37,728.47** |
|                          |              | **Total This Statement** | **$37,728.47** |

### Attorney and Paralegal Summary

|                       | Hours Worked | Billed Per Hour | Bill Amount  |
|-----------------------|--------------|-----------------|--------------|
| Jackson, Toussant S.  | 0.50         | $65.00          | $32.50       |
| Ramsey, Lora A.       | 0.60         | $205.00         | $123.00      |
| Chambliss, Angela O.  | 18.50        | $215.00         | $3,977.50    |
| Maher, Patrick J.     | 3.60         | $125.00         | $450.00      |
| Flake, Andrew B.      | 59.10        | $465.00         | $27,481.50   |
| Olson, Eric D.        | 37.10        | $260.00         | $9,646.00    |
| Total All Attorneys   | 119.40       |                 | $41,710.50   |



**Arnall
Golden
Gregory** LLP

**IHOP Restaurants, LLC**
# REDACTED

October 8, 2015
**Invoice #662098**
REDACTED

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>AMOUNT</u> | <u>DESCRIPTION</u> |
|---|---|---|---|---|
| 09/01/15 | A. Chambliss | 0.10 | $21.50 | Docket Motion for Preliminary Injunction hearing date. |
| 09/01/15 | A. Flake | 1.80 | $837.00 | Continue preparation for preliminary injunction hearing |
| 09/02/15 | A. Chambliss | 1.00 | $215.00 | Draft Motion for Technology Order, docket critical case deadlines from Scheduling Order. |
| 09/02/15 | A. Flake | 0.50 | $232.50 | Communications regarding hearing preparation |
| 09/02/15 | A. Chambliss | 2.00 | $430.00 | Hearing preparation, including, but not limited to gathering and scanning exhibits. |
| 09/03/15 | A. Flake | 1.80 | $837.00 | Continue hearing preparation, including review of authority and exhibit analysis |
| 09/03/15 | A. Chambliss | 1.00 | $215.00 | Organize potential documents to be used as exhibits for Injunction hearing. |
| 09/04/15 | A. Flake | 0.70 | $325.50 | Communications regarding hearing preparation |
| 09/08/15 | A. Flake | 2.10 | $976.50 | Continue preparation for preliminary injunction hearing |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

October 8, 2015
Invoice #662098
Sean C. Kulka
Page 2

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 09/09/15 | A. Flake | 2.20 | $1,023.00 | Continue hearing preparation, including review of authority and exhibit analysis |
| 09/09/15 | A. Chambliss | 1.50 | $322.50 | Prepare manuals for use as possible hearing exhibits. |
| 09/10/15 | A. Flake | 4.20 | $1,953.00 | Review and analysis of response brief |
| 09/10/15 | A. Chambliss | 2.30 | $494.50 | Multiple emails to and from Andrew Flake regarding public inspection reports, internet research to obtain all public inspection reports for Greenbriar location, telephone call to Health Department regarding obtaining additional inspection reports, email request to Helath Dept. regarding same, organize additional documents to be used a exhibits for Injunction hearing. |
| 09/11/15 | A. Flake | 5.30 | $2,464.50 | Continue hearing preparation, including review of authority and exhibit analysis |
| 09/11/15 | A. Chambliss | 3.40 | $731.00 | Prepare case law index binder, print and organize guest complaints for attorney review, draft Motion for Technology Order, setup Workshare site. |
| 09/14/15 | A. Chambliss | 0.20 | $43.00 | Review and e-file Declaration of Charles Scaccia. |
| 09/14/15 | A. Chambliss | 6.00 | $1,290.00 | Continue hearing preparation, including, but not limited to loading documents into Trial Director, assigning exhibits number and creating screenshots, draft Timeline, review and e-file Charles Scaccia Declaration. |
| 09/15/15 | A. Flake | 1.20 | $558.00 | Continue hearing preparation, including review of authority and exhibit analysis |
| 09/15/15 | A. Chambliss | 6.00 | $1,290.00 | Continue hearing preparation, including, but not limited to loading documents into Trial Director, assigning exhibits number and creating screenshots, revising Timeline and creating pivot table. |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

October 8, 2015
Invoice #662098
Sean C. Kulka
Page 3

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 09/16/15 | A. Flake | 6.00 | $2,790.00 | Continue hearing preparation, including review of authority and exhibit analysis |
| 09/16/15 | A. Chambliss | 10.00 | $2,150.00 | Final hearing preparation, including, but not limited to, reviewing outline for exhibits referencing, scanning and loading hearing exhibits, coordinating with vendor regarding color copies of presentation, pull cases, prepare hearing slide presentation. |
| 09/17/15 | A. Flake | 4.00 | $1,860.00 | Finalize hearing preparation; attend and conduct hearing on preliminary injunction; update to client regarding hearing and matter status |
| 09/17/15 | A. Chambliss | 10.00 | $2,150.00 | Final preparation for hearing, scan and prepare additional hearing exhibits, prepare color copies of exhibits and powerpoint presentation, attend hearing, begin draft of Order granting Motion for Injunction. |
| 09/18/15 | A. Flake | 1.10 | $511.50 | Analysis and review of order; communications with opposing counsel; communications with client concerning next steps |
| 09/22/15 | A. Flake | 0.30 | $139.50 | Communications concerning order compliance |
| 09/24/15 | A. Flake | 0.20 | $93.00 | Review and respond to communications from opposing counsel |
| 09/25/15 | A. Flake | 0.40 | $186.00 | Correspond with opposing counsel; planning for next steps |
| 09/28/15 | A. Flake | 0.10 | $46.50 | Follow up communication concerning order compliance |
| 09/30/15 | A. Flake | 0.20 | $93.00 | Communications with Len-W counsel regarding debranding |

**Total Hours** 75.60

**Total For Services** $24,279.00

**EXPENSES**

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

October 8, 2015
Invoice #662098
Sean C. Kulka
Page 4

---

**EXPENSES**

| | |
|---|---|
| LEXIS legal research for August 2015 | $2.25 |
| VENDOR: Chambliss, Angela O.; INVOICE#: IHOPUSDC; DATE: 9/17/2015  -  Parking to attend Preliminary Injunction Hearing | $15.00 |
| VENDOR: Flake, Andrew B.; INVOICE#: PARKING-9/17/15; DATE: 9/24/2015  -  Parking- IHOP/Len-W Foods hearing | $15.00 |
| Duplicating Expenses | $3.80 |
| **Total Expenses** | **$36.05** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| REDACTED | | | |
| CURRENT CHARGES: | $24,279.00 | $36.05 | $24,315.05 |

REDACTED

REDACTED

**Attorney and Paralegal Summary**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Chambliss, Angela O. | 43.50 | $215.00 | $9,352.50 |
| Flake, Andrew B. | 32.10 | $465.00 | $14,926.50 |
| Total All Attorneys | 75.60 | | $24,279.00 |



**IHOP Restaurants, LLC**

# REDACTED

November 9, 2015
Invoice #664449
REDACTED

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 10/01/15 | E. Olson | 2.10 | $546.00 | Research availability of contempt sanctions against officers, owners, and non-parties to court orders under 11th Circuit precedent |
| 10/01/15 | A. Flake | 1.70 | $790.50 | Research and prepare draft of Motion for Contempt; communications with client and opposing counsel regarding compliance with PI order |
| 10/02/15 | A. Flake | 1.10 | $511.50 | Communications concerning order compliance |
| 10/07/15 | A. Flake | 0.30 | $139.50 | Communications concerning order compliance |
| 10/08/15 | A. Flake | 0.20 | $93.00 | Communications concerning order compliance |
| 10/08/15 | E. Olson | 0.40 | $104.00 | Review motion to show cause |
| 10/12/15 | E. Olson | 5.80 | $1,508.00 | Research, draft, and edit motion to show cause |
| 10/12/15 | A. Flake | 0.10 | $46.50 | Communications concerning order compliance |
| 10/13/15 | A. Flake | 0.70 | $325.50 | Communications with Len-W counsel regarding debranding |

IHOP Restaurants, LLC

Client/Matter #32324-1

November 9, 2015
Invoice #664449
Sean C. Kulka
Page 2

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 10/14/15 | T. Jackson | 1.00 | $65.00 | Traveled to Greenbriar IHOP to obtain pics to see if IHOP signs were taken down |
| 10/21/15 | A. Flake | 0.20 | $93.00 | Advise on next steps in Len-W matter |
| 10/30/15 | A. Flake | 0.10 | $46.50 | Advise on next steps in Len-W matter |

|  |  |
|---|---|
| Total Hours | 13.70 |
| Total For Services | $4,269.00 |

EXPENSES

# REDACTED

|  |  |
|---|---|
| Total Expenses | REDACTED |

|  | Fees | Disbursements | Total |
|---|---|---|---|
| REDACTED |  |  |  |
| CURRENT CHARGES: | $4,269.00 | REDACTED | REDACTED **$4,269.00** |

# REDACTED

REDACTED

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Jackson, Toussant S. | 1.00 | $65.00 | $65.00 |
| Flake, Andrew B. | 4.40 | $465.00 | $2,046.00 |
| Olson, Eric D. | 8.30 | $260.00 | $2,158.00 |
| Total All Attorneys | 13.70 |  | $4,269.00 |

Atlanta, GA | Washington, DC



**IHOP Restaurants, LLC**

## REDACTED

**December 18, 2015**
**Invoice #668330**

REDACTED

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 11/05/15 | A. Flake | 0.20 | $93.00 | Review supplemental authority concerning contempt sanctions; call to Christine Son |
| 11/05/15 | E. Olson | 2.10 | $546.00 | Research on calculation of sanctions for contempt of court order |
| 11/13/15 | A. Flake | 0.80 | $372.00 | Brief call with Christine Son; prepare communication to Len-W counsel regarding failure to comply with September order |
| 11/19/15 | A. Flake | 0.10 | $46.50 | Communication with George Lawson; brief email with the clients concerning |

REDACTED

| | |
|---|---|
| **Total Hours** | **3.20** |
| **Subtotal** | **$1,057.50** |
| **Less -10.0 % Discount** | **-105.75** |
| **Total For Services** | **$951.75** |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

December 18, 2015
Invoice #668330
Sean C. Kulka
Page 2

|  | __Fees__ | __Disbursements__ | __Total__ |
|---|---|---|---|
| CURRENT CHARGES: | $951.75 | $0.00 | $951.75 |
| **Total Balance Due:** | **$951.75** | **$0.00** | **$951.75** |
|  |  | **Total This Statement** | **$951.75** |

### Attorney and Paralegal Summary

|  | __Hours Worked__ | __Billed Per Hour__ | __Bill Amount__ |
|---|---|---|---|
| Flake, Andrew B. | 1.10 | $465.00 | $511.50 |
| Olson, Eric D. | 2.10 | $260.00 | $546.00 |
| Total All Attorneys | 3.20 |  | $1,057.50 |

Atlanta, GA | Washington, DC



**IHOP Restaurants, LLC**

# REDACTED

January 26, 2016
Invoice #670584
REDACTED

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 12/11/15 | A. Flake | 1.30 | $604.50 | Analysis of potential motion for attorney's fees; advise client regarding same; look at steps necessary to conclude litigation and outline same |

| | | |
|---|---|---|
| **Total Hours** | | **1.30** |
| **Subtotal** | | **$604.50** |
| **Less -10.0 % Discount** | | **-60.45** |
| **Total For Services** | | **$544.05** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | $544.05 | $0.00 | $544.05 |
| **Total Balance Due:** | **$544.05** | **$0.00** | **$544.05** |
| **Less Cash On Hand** | | | **(544.05)** |
| **Total This Statement** | | | **$0.00** |

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

**January 26, 2016**
**Invoice #670584**
**Sean C. Kulka**
**Page 2**

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Flake, Andrew B. | 1.30 | $465.00 | $604.50 |
| Total All Attorneys | 1.30 |  | $604.50 |



**IHOP Restaurants, LLC**

# REDACTED

January 26, 2016
Invoice #670585

REDACTED

---

**For Legal Services Rendered In Connection With:**

**Client/Matter #32324-1**

**Len-W Foods, Inc.**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|------------|-------|--------|-------------|
| 12/15/15 | A. Flake | 0.20 | $93.00 | Planning in connection with possible motion for attorneys fees |
| 12/15/15 | A. Chambliss | 0.60 | $129.00 | Gather and prepare invoices for review for Motion for Attorneys Fees. |
| 12/21/15 | A. Flake | 1.50 | $697.50 | Prepare correspondence related to request for payment of fees |
| 12/22/15 | A. Flake | 0.80 | $372.00 | Drafting motion for attorneys fees |
| 12/30/15 | A. Flake | 0.10 | $46.50 | Drafting motion for attorneys fees and associated brief |

| | | |
|---|---|---|
| **Total Hours** | | **3.20** |
| **Subtotal** | | **$1,338.00** |
| **Less -10.0 % Discount** | | **-133.80** |
| **Total For Services** | | **$1,204.20** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | $1,204.20 | $0.00 | $1,204.20 |
| **Total Balance Due:** | **$1,204.20** | **$0.00** | **$1,204.20** |

---

**IHOP Restaurants, LLC**

**Client/Matter #32324-1**

**January 26, 2016**
**Invoice #670585**
**Sean C. Kulka**
**Page 2**

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Less Cash On Hand** | | | **(1,204.20)** |
| **Total This Statement** | | | **$0.00** |

### Attorney and Paralegal Summary

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Chambliss, Angela O. | 0.60 | $215.00 | $129.00 |
| Flake, Andrew B. | 2.60 | $465.00 | $1,209.00 |
| Total All Attorneys | 3.20 | | $1,338.00 |